**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

NONA JACKSON,                                      Case No. 3:14-cv-348

        Plaintiff,                                Judge Thomas M. Rose
                                                   Magistrate Judge Michael J. Newman

    v.

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

---

**ENTRY AND ORDER: (1) GRANTING THE JOINT STIPULATION**
**TO REMAND TO THE COMMISSIONER (DOC. 12); (2) VACATING**
**THE PRIOR NON-DISABILITY FINDING; (3) REMANDING THIS CASE**
**TO THE COMMISSIONER PURSUANT TO THE FOURTH SENTENCE**
**OF SECTION 205 OF THE SOCIAL SECURITY ACT, 42 U.S.C. § 405(g);**
**AND (4) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

This Social Security disability benefits appeal is before the Court on the parties' Joint Stipulation To Remand To The Commissioner (Doc. 12) pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).  Due notice having been given, and the Court being fully advised, it is hereby ORDERED that:

(1) The Joint Stipulation To Remand To The Commissioner (Doc. 12) is GRANTED;

(2) The Commissioner's prior non-disability finding shall be VACATED;

(3) This case shall be REMANDED to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings, including a reassessment of all of the medical evidence of record, reconsideration of Plaintiff's medically determinable impairments, and reevaluation of Plaintiff's residual functional capacity in light of all her credible impairments; and

(4) This case is TERMINATED on this Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, June 26, 2015.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE